**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE CARDINAL HEALTH, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL SECURITIES ACTIONS | Case No. C2-04-575<br><br>JUDGE MARBLEY<br><br>MAGISTRATE JUDGE KING |

**ORDER**

For good cause shown, Defendants' Unopposed Motion for Extension of Time is hereby granted. [Docket No. 234.] Defendants shall file their responses to Plaintiffs' Consolidated Amended Complaint on or before June 12, 2006.

IT IS SO ORDERED.

April 6, 2006

*s/Norah McCann King*
Norah McCann King
United States Magistrate Judge