UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re CARDINAL HEALTH, INC. SECURITIES LITIGATION | ) ) ) | No. C2-04-575 |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | Judge Marbley Magistrate Judge King |
| ALL ACTIONS. | ) ) | |

UNOPPOSED MOTION TO MODIFY DEADLINE FOR FILING PAPERS IN SUPPORT OF
SETTLEMENT BY LEAD PLAINTIFFS

Lead Plaintiffs respectfully request that the Court permit them an additional 10 days, until September 17, 2007, to file their papers in support of the settlement, including their Plan of Allocation and request for attorneys' fees and expenses. Previously, Lead Plaintiffs had advised the Court that they would submit these materials to the Court by September 7, 2007. But given the significance and complexity of some of the issues Lead Plaintiffs will address in these papers and the number of persons necessarily involved in presenting them in the most cogent manner, additional time is required.

None of the deadlines in this case, including the deadline for opt-outs and objections and the final approval hearing will be affected by this modification to the schedule previously approved by the Court on July 31, 2007.

Lead Plaintiffs have conferred with Defendant Cardinal's counsel regarding this modification and confirmed that Defendant has no objection and, therefore, will not oppose this motion.

A proposed Order will be submitted to the Court.

DATED:  September 7, 2007                    Respectfully submitted,

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY (0063373)
GEOFFREY J. MOUL (0070663)
BRIAN K. MURPHY (0070654)


**s/Joseph F. Murray**
JOSEPH F. MURRAY

1533 Lake Shore Drive
Columbus, OH  43204
Telephone:  614/488-0400
614/488-0401 (fax)
E-mail:  murray@mmmb.com

Liaison Counsel


LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
KEITH F. PARK
HENRY ROSEN
TOR GRONBORG
TRIG R. SMITH
CATHERINE J. KOWALEWSKI
ANDREA N. WILLIAMS
COURTLAND W. CREEKMORE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)


LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHIRLEY H. HUANG
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)


LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
MICHELLE M. McCARRON
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

Lead Counsel for Plaintiffs

CAULEY, BOWMAN, CARNEY
    & WILLIAMS, LLP
S. GENE CAULEY
P.O. Box 25438
Little Rock, AR 72221-5438
Telephone: 501/312-8500
501/312-8505 (fax)

Counsel for New Mexico

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants on the attached Manual Notice List.

                                    <u>**s/Joseph F. Murray**</u>
                                      Joseph F. Murray

# Mailing Information for a Case 2:04-cv-00575-ALM-NMK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  RamziA@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,sarahm@lerachlaw.

- **Daniel N Abraham**
  dabraham@csalawfirm.com,slongst@csalawfirm.com,mmueller@csalawfirm.com,edrakatos@csal

- **Daniel M Anderson**
  danderson@szd.com,sheaberlin@szd.com

- **James Edward Arnold**
  jarnold@cpaslaw.com,kfleischer@cpaslaw.com

- **Stephen M Baldini**
  sbaldini@akingump.com

- **Nathan Walter Bear**
  nbear@lerachlaw.com

- **James J Benjamin , Jr**
  jbenjamin@akingump.com

- **David Bershad**
  dbershad@milbergweiss.com

- **Joseph J Braun**
  jjbraun@strausstroy.com,mrmathews@strausstroy.com

- **Robert N Cappucci**
  rcappucci@entwistle-law.com

- **Solomon B Cera**
  scera@gbcslaw.com

- **Stephen Eric Chappelear**
  sechappelear@hahnlaw.com,kessex@hahnlaw.com,smcdaniel@hahnlaw.com,hlpcr@hahnlaw.con

- **Martin D Chitwood**
  mdc@classlaw.com

- **John R Climaco**
  jrclim@climacolaw.com

- **J Kevin Cogan**

Case: 2:04-cv-00575-ALM-NMK Doc #: 311 Filed: 09/07/07 Page: 6 of 9 PAGEID #: 8123
CM/ECF LIVE - U.S. District Court:OHSD                                    Page 2 of 5
Case 2:04-cv-00575-ALM-NMK      Document 302      Filed 07/27/2007      Page 26 of 29

jcogan@jonesday.com,cschultz@jonesday.com

- **Courtland Creekmore**
  ccreekmore@lerachlaw.com

- **Richard Leo Creighton , Jr**
  rcreighton@kmklaw.com

- **Paul P Eyre**
  peyre@bakerlaw.com

- **John Ryan Gall**
  jgall@ssd.com,kcornell@ssd.com

- **John Patrick Gilligan**
  jgilligan@szd.com,sheaberlin@szd.com

- **Arthur S. Greenspan**
  agreenspan@rsko.com

- **Tor Gronborg**
  torg@lerachlaw.com,christina@lerachlaw.com

- **Shirley H Huang**
  shirleyh@lerachlaw.com

- **Mark Alan Johnson**
  mjohnson@bakerlaw.com

- **Daniel Richard Karon**
  karon@gsk-law.com

- **J Todd Kennard**
  jtkennard@jonesday.com

- **Catherine J. Kowalewski**
  katek@lerachlaw.com

- **Jack Landskroner**
  jack@landskronerlaw.com,debra@landskronerlaw.com

- **Jeffrey W Lawrence**
  JeffreyL@lerachlaw.com

- **William S Lerach**
  BillL@lerachlaw.com

- **Thomas Leslie Long**
  tlong@bakerlaw.com

Case: 2:04-cv-00575-ALM-NMK Doc #: 311 Filed: 09/07/07 Page: 7 of 9 PAGEID #: 8124
CM/ECF LIVE - U.S. District Court:OHSD                                                    Page 3 of 5
          Case 2:04-cv-00575-ALM-NMK     Document 302     Filed 07/27/2007     Page 27 of 29

- **Michelle M McCarron**
  MMcCarron@lerachlaw.com

- **John Cooper McDonald**
  jmcdonald@szd.com,vseckel@szd.com,jdingess@szd.com

- **David P Meyer**
  dmeyer@dmlaws.com,snims@dmlaws.com

- **Jason T. Mogel**
  jmogel@rsko.com

- **Geoffrey J Moul**
  moul@mmmb.com,tiffany@mmmb.com,osborn@mmmb.com

- **Brian P Muething**
  bmuething@kmklaw.com

- **Brian K Murphy**
  murphy@mmmb.com,tiffany@mmmb.com,debra@mmmb.com

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com

- **John M Newman , Jr**
  jmnewman@jonesday.com

- **Robert H Nichols**
  rnichols@szd.com,prichardson@szd.com

- **Walter W Noss**
  wnoss@scott-scott.com

- **Michele L Odorizzi**
  modorizzi@mayerbrown.com

- **Shawn J Organ**
  sjorgan@jonesday.com,kkaniclides@jonesday.com,tcavendish@jonesday.com

- **Stanley J Parzen**
  sparzen@mayerbrownrowe.com

- **Charles D. Riely**
  criely@akingump.com

- **Geoffrey J Ritts**
  gjritts@jonesday.com

- **Darren J Robbins**
  e_file_sd@lerachlaw.com

Case: 2:04-cv-00575-ALM-NMK Doc #: 311 Filed: 09/07/07 Page: 8 of 9 PAGEID #: 8125
CM/ECF LIVE - U.S. District Court:OHSD                                          Page 4 of 5
      Case 2:04-cv-00575-ALM-NMK       Document 302      Filed 07/27/2007     Page 28 of 29

- **Henry Rosen**
  henryr@lerachlaw.com

- **Mark R Rosen**
  mrosen@barrack.com,sdavis@barrack.com

- **Neil Rothstein**
  nrothstein@scott-scott.com

- **Steven G Schulman**
  sschulman@milbergweiss.com

- **Christopher T Schulten**
  cschulten@akingump.com

- **David R Scott**
  drscott@scott-scott.com

- **Peter E Seidman**
  pseidman@milbergweiss.com

- **Brian G Selden**
  bgselden@jonesday.com,rfargabrite@jonesday.com

- **Arthur L Shingler**
  ashingler@scott-scott.com

- **Scott D Simpkins**
  sdsimp@climacolaw.com

- **Scott E Smith**
  ses@smithphillipslaw.com

- **Trig R Smith**
  trigs@lerachlaw.com

- **Roger Philip Sugarman**
  rsugarman@keglerbrown.com

- **Pamela H Thurston**
  pthurston@ssd.com,mvulgamore@ssd.com,kvanhorn@ssd.com,kthacker@ssd.com

- **Patrick G Warner**
  pwarner@dmlaws.com,sceli@dmlaws.com

- **Richard Stuart Wayne**
  rswayne@strausstroy.com,acjansen@strausstroy.com

- **Lesley E Weaver**
  lesleyw@lerachlaw.com

CM/ECF LIVE - U.S. District Court:OHSD                                          Page 5 of 5

- **Melvyn I Weiss**
  mweiss@milbergweiss.com

- **William W Wickersham**
  wwickersham@entwistle-law.com

- **James M Wilson**
  jwilson@chitwoodlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Luke O Brooks
Lerach Coughlin Stoia Geller Rudman & Robb
655 West Broadway
Suite 1900
San Diego, CA 92101

Vincent R Cappucci
Entwistle & Cappucci  LLP
299 Park Avenue
14th Floor
New York, NY 10171

Stephen D Oestreich
Entwistle & Cappucci LLP
299 Park Avenue
14th Floor
New York, NY 10171

Doris Staehr
Landskroner - Grieco - Madden, Ltd.
1369 West 9th Street, Ste. 200
Cleveland, OH 44113

Marc A Topaz
Schiffrin & Barroway LLP - 1
280 King of Prussia Road
Radnor, PA 19087

Sylvia Wahba-Keller
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```